# EXHIBIT C

**PATTERSON + SHERIDAN** LLP
ATTORNEYS AT LAW

May 5, 2025

*Via FedEx Priority Overnight and E-mail*
*FedEx Tracking No.: 8810 2615 1845*

**The Kickback Barbeque Cantina**
5880 State Highway 121, Suite 103
Plano, TX 75024
info@thekickbackbbq.com

Re:  Infringement of the KICKBACK JACK'S Trademark and Registrations

Dear Janie and Jake Burkett:

We represent Battleground Restaurant Group of the Southeast, Inc. (hereafter, "BRGS") in connection with intellectual property rights, including trademarks and brand protection matters. BRGS is engaged in the business of operating dining concepts dedicated to excellent food, beverages, and hospitable service that provide the very best dining experience for its guests.

Since at least 2009, BRGS has continuously used the trademark KICKBACK JACK'S in connection with its operations of the KICKBACK JACK'S restaurant, which it first established in North Carolina.  BRGS has expended, and continues to expend, substantial efforts and sums advertising and promoting its restaurants under the KICKBACK JACK'S trademark including expanding to now over 20 locations in North Carolina, Virginia, and Tennessee. Additional information regarding the KICKBACK JACK'S restaurants by BRGS is available at www.kbjacks.com.  BRGS has built significant goodwill in its various trademarks over the years and has additionally sought and received federal trademark registrations in the United States for its KICKBACK JACK'S trademarks.  Copies of the following federal and incontestable trademark registrations owned by BRGS are attached hereto as Exhibit A for your reference:

- U.S. Trademark Registration No. 3,826,367 for "KICKBACK JACK'S"

- U.S. Trademark Registration No. 4,854,786 for "[KickBack Jack's GREAT FOOD·GREAT logo]"

It has come to our client's attention that you are violating BRGS's registered Trademark rights by using, without limitation, the marks The Kickback, The KickBack BBQ Cantina, [The KICK BACK Barbecue Cantina logo], and [The KICKBACK Barbecue·Cantina logo] (hereafter, the "Kickback BBQ Cantina Marks") in connection with your promotion and offering of restaurant services.  Examples of the concerning use of the Kickback BBQ Cantina Marks are shown in the following screenshots from your website at https://thekickbackbbq.com/ and the Instagram account at the @thekickbackbbq handle:

HOUSTON  +  DALLAS  +  GREENSBORO  +  SHREWSBURY  +  SAN JOSE  +  SAN DIEGO  +  WACO

www.pattersonsheridan.com

8550282_1

PATTERSON + SHERIDAN, LLP
MAY 5, 2025
PAGE 2








PATTERSON + SHERIDAN, LLP
MAY 5, 2025
PAGE 3

Please be advised that such use of the Kickback BBQ Cantina Marks in this manner creates a likelihood of confusion that a common source, affiliation, or sponsorship exists between your services and those of BRGS. In other words, the above use of the Kickback BBQ Cantina Marks is likely to create the false impression that the Kickback BBQ Cantina restaurant is somehow connected or associated with BRGS so as to deceive customers or to cause confusion or mistake as to the origin, sponsorship or affiliation of your restaurant services offered under the Kickback BBQ Cantina Marks.

The above use of the Kickback BBQ Cantina Marks in connection with your offering and providing of restaurant services subjects you to liability for trademark infringement and false designation of origin in violation of at least the Lanham Trademark Act, 15 U.S.C. § 1051.

**Accordingly, BRGS demands that you:**

- **Immediately cease and desist from all unauthorized infringing uses of the Kickback BBQ Cantina Marks;**
- **Immediately cease all advertisements and delete all social media posts that show the Kickback BBQ Cantina Marks; and**
- **Promptly provide BRGS with written confirmation that you will comply with these demands.**

We reserve the right to pursue all remedies available under the law for continued unauthorized uses of BRGS's intellectual property. BRGS will consider any further use of the Kickback BBQ Cantina Marks in connection with your restaurant services to be willful infringement of its rights, entitling BRGS to recovery of your profits, treble damages, recovery of attorneys' fees and costs spent by our client pursuing this matter, and injunctive actions preventing further infringements.

The above is not an exhaustive statement of all the relevant facts and laws. BRGS expressly reserves all its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

We request a written response by May 12, 2025, including confirmation that you will cease all use of the infringing Kickback BBQ Cantina Marks. You may also reach me at 713-577-4815 if you would like to discuss this matter over the phone.

Regards,

/s/ W. Bruce Patterson

W. Bruce Patterson

PATTERSON + SHERIDAN, LLP
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
bpatterson@pattersonsheridan.com

# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# KICKBACK JACK'S

**Reg. No. 3,826,367**  BATTLEGROUND RESTAURANT GROUP OF THE SOUTHEAST, INC. (NORTH CAROLINA CORPORATION)
**Registered July 27, 2010** P. O. BOX 10398
1337 WINSTEAD DRIVE
**Int. Cl.: 43**  GREENSBORO, NC 27408

**SERVICE MARK**

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**PRINCIPAL REGISTER**

FIRST USE 10-26-2009; IN COMMERCE 10-26-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-814,212, FILED 8-27-2009.

LINDA M. KING, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,854,786** BATTLEGROUND RESTAURANT GROUP OF THE SOUTHEAST, INC. (NORTH CAROLINA CORPORATION)
**Registered Nov. 17, 2015** 1337 WINSTEAD PLACE
GREENSBORO, NC 27408
**Int. Cl.: 43**

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**  FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NO. 3,826,367.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GREAT FOOD", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "KICKBACK JACK'S GREAT FOOD GREAT FUN" PARTIALLY WITHIN AN OVAL.

SER. NO. 86-580,780, FILED 3-30-2015.

SEAN CROWLEY, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office